FILED

Oct 30  1 15 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE HEPBURN | : |
| PLAINTIFF | : |
| VS. | : NO. 302CV01252(MRK) |
| CITY OF TORRINGTON<br>MARQUAM JOHNSON<br>BOARD OF PUBLIC SAFETY OF THE<br>  CITY OF TORRINGTON<br>MARY JANE GRYNIUK and<br>THOMAS GRITT | : OCTOBER 30, 2003 |
| DEFENDANTS | : |

### AMENDED LOCAL RULE 56(a)(1) STATEMENT
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

The defendant, City of Torrington, Marquam Johnson, Board of Public Safety of the City of Torrington, Mary Jane Gryniuk, and Thomas Gritt, hereby amend paragraph 40 of Local Rule 56(a)(1) Statement dated October 1, 2003 to read as follows:

40. The final instance of unwelcome sexual advances claimed by the plaintiff occurred in the mid-summer 1999 when the plaintiff was a passenger in a vehicle driven by Deputy Chief Tim Schapp (Schapp) to go out to lunch when Schapp

- 2 -

stopped the vehicle in the driveway of the fire station to speak to Johnson about some emergency management issues. Johnson made reference that the plaintiff had close ties with Gryniuk and was "licking her snatch" and probably could get anything from her. (pp. 168, 199, 200 of deposition of plaintiff 5/27/03) (Exhibit 1).

                            THE DEFENDANTS
                            CITY OF TORRINGTON
                            MARQUAM JOHNSON
                            BOARD OF PUBLIC SAFETY OF THE
                                 CITY OF TORRINGTON
                            MARY JANE GRYNIUK and
                            THOMAS GRITT

BY _/s/ Edward Maum Sheehy_
     EDWARD MAUM SHEEHY
     Williams, Cooney & Sheehy, LLP
     799 Silver Lane
     Trumbull, CT  06611-0753
     Fed. Bar # ct 04212
     Telephone:203-380-1741

- 3 -

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel and pro se parties of record.

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

_____
EDWARD MAUM SHEEHY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* * * * * * * * * *

LAWRENCE HEPBURN,                   *
          Plaintiff,
                                    *   Case No. 302CV1252(AWT)
     VS.                                May 27, 2003
                                    *
CITY OF TORRINGTON,
MARQUAM JOHNSON,                    *
BOARD OF PUBLIC SAFETY
OF THE CITY OF                      *
TORRINGTON, MARY JANE
GRYNIUK AND THOMAS                  *
GRITT,
          Defendants.               *

* * * * * * * * * *

DEPOSITION OF LAWRENCE HEPBURN

Appearances:

    FOR THE PLAINTIFF:

        WILLIAMS & PATTIS, LLC
        51 Elm Street, Suite 409
        New Haven, Connecticut 06510
          By: Katrena Engstrom, Attorney

    FOR THE DEFENDANTS:

        WILLIAMS, COONEY & SHEEHY
        799 Silver Lane
        Trumbull, Connecticut 06611-0753
          By: Edward Maum Sheehy, Esq.

    FOR THE DEFENDANT MARQUAM JOHNSON:

        HOWD & LUDORF
        65 Wethersfield Avenue
        Hartford, Connecticut 06114-1190
          By: John J. Radshaw, III, Esq.
            and Martha A. Shaw, Attorney


POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

Case 3:02-cv-01252-MRK   Document 37   Filed 10/30/2003   Page 5 of 7

168

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

```
 1      turn up?
 2          A    Yes, the training tape would turn up.
 3               The training tape never turned up, and
 4      so I was really kind of disappointed there.
 5               Another instance, which I really
 6      didn't like at all, and I don't recall the date on
 7      this.  I was going out with then Deputy Chief Tim
 8      Schapp in his vehicle.  We were exiting the fire
 9      station, fire headquarters, to go out to lunch
10      together.  And as we were pulling out of the
11      driveway, the Chief had stopped, had stopped to talk
12      to the Deputy.  I was sitting in the passenger seat.
13      And we had got discussing, again, I believe it was
14      some emergency management issues for the City.  And
15      the Chief made reference to me, that, because of my
16      close ties with Mayor Gryniuk, that I was, quote,
17      licking her snatch, and I could probably get anything
18      from her, which I didn't really appreciate too much.
19               We then proceeded to go out to lunch.
20      I told the Deputy that I felt the chief of the
21      department shouldn't talk to me that way.  He then
22      informed me -- he said, "Well, you know, if you feel
23      that strongly, go over and -- go back and talk to him
24      about it."
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

```
 1      Plaintiff has had to work in a sexually abusive,
 2      hostile and retaliatory work environment due to the
 3      actions of former Chief Marquam Johnson and the other
 4      named Defendants."  Okay?
 5          A    Um-hum.
 6          Q    Then in paragraph 15 you allege that, as
 7      you were leaving the Torrington firehouse with Deputy
 8      Chief Timothy Schapp, you were approached by Chief
 9      Johnson.  During the course of the conversation
10      Johnson said to you, the Plaintiff, that the
11      Plaintiff was (as read) "close to Mayor Gryniuk and
12      that he was, quotation marks, 'licking her snatch.'
13      This comment was heard by Deputy Chief Schapp, who
14      found the comment offensive and inappropriate."
15              Is that -- that's what you allege; is
16      that right?
17          A    Yes.
18          Q    And were there any witnesses to this
19      conversation other than yourself and Deputy Chief
20      Schapp?
21          A    No.
22          Q    So you were -- those were the only
23      witnesses; is that right?
24          A    Correct.
```

POST REPORTING SERVICE
Hamden, Connecticut    (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1      Q    When did this occur, in point of time?
2      A    Either 1999 or 2000.  Probably more like
3   1999.  I know probably like mid summer or something
4   like that.
5      Q    And you allege that Chief Johnson said to
6   you that you were close to Mayor Gryniuk.  That's
7   what you allege.
8      A    Correct.
9      Q    And would you agree with that statement
10  that you were close to her?
11     A    I think what Chief Johnson was relating to
12  was that, because I was the Assistant Co-director of
13  Emergency Management, that I had a lot of involvement
14  with her.  One of her big things during her term as
15  being Mayor was, she wanted to beef up the emergency
16  management portion of the City, and myself and
17  Officer Tom Vaninni from the police department kind
18  of came through.  Because our present Emergency
19  Management Director, although it's a part-time
20  position and he's retired, isn't very active, we kind
21  of picked up the ball and ran with it, and she really
22  liked that.
23          One of the things that I did do that
24  she liked was, we obtained an old bus for next to