UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE HEPBURN | : | NO.: 3:02CV01252 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, MARQUAM | : | |
| JOHNSON, THE BOARD OF PUBLIC | : | |
| SAFETY OF THE CITY OF | : | |
| TORRINGTON, MARY JANE GRYNIUK | : | |
| AND THOMAS GRITT | : | OCTOBER 30, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b) of the Local Rules of Civil Procedure, the defendant, **MARQUAM JOHNSON**, hereby respectfully moves for an enlargement of time for 10 days. The defendant requests that he be given up to, and including, **November 14, 2003**, to respond to the Plaintiff's Motion for Summary Judgment.

Opposing counsel, John R. Williams, was contacted and had no objections. The Towns' Attorney, Edward Maum Sheehy, was contacted and had no objection. This is the defendant's first request for an enlargement of time.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT,
MARQUAM JOHNSON


By_____
   Martha A. Shaw [ct12855]
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 30th day of October, 2003.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Edward Maum Sheehy, Esquire
Williams, Cooney & Sheehy, LLP
799 Silver Lane
Trumbull, CT  04212

Albert G. Vasko, Esquire
140 Main Street
Torrington, CT  06790

                _____
                Martha A. Shaw