UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE HEPBURN : | |
| : | NO. 3:02CV1252(MRK) |
| : | |
| v. : | |
| : | |
| CITY OF TORRINGTON, MARQUAM : | |
| JOHNSON, THE BOARD OF PUBLIC | |
| SAFETY OF THE CITY OF : | |
| TORRINGTON, MARY JANE GRYNIUK : | |
| AND THOMAS GRITT : | |

## ORDER

Defendant Marquam Johnson's Motion For Enlargement Of Time (Doc. #39), dated October 30, 2003, is hereby GRANTED. Defendant shall respond to Plaintiff's Motion for Summary Judgment by November 14, 2003.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: November 5, 2004