UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE HEPBURN | : | NO.: 3:02CV01252 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, MARQUAM JOHNSON, THE BOARD OF PUBLIC SAFETY OF THE CITY OF TORRINGTON, MARY JANE GRYNIUK AND THOMAS GRITT | : : : : : : | NOVEMBER 7, 2003 |

## MOTION TO STRIKE

Pursuant to Fed.R.Civ.P. 12(f), the defendant, **MARQUAM JOHNSON**, moves to strike Plaintiff's Evidence in Opposition to Both Motions for Summary Judgment dated October 19, 2003. As is more fully set forth in the attached Memorandum of Law, the Court should strike:

1. Gayle Carpenter's Interrogatory Responses dated March 11, 2002, which were served in the lawsuit styled <u>Gayle Carpenter v. City of Torrington, et al.</u>, Civil Action No. 3:00 CV 02296 (SRU);

2. Timothy Schapp's Affidavit of Illegal Discriminatory Practice filed with the Connecticut Commission on Human Rights and Opportunities dated September 13, 1999;

ORAL ARGUMENT IS REQUESTED

3. Section II, plaintiff's Statement of Material Facts; Paragraphs 1-27 of the plaintiff's Local Rule 56(a)(2) statement.

WHEREFORE, the defendant, **MARQUAM JOHNSON**, prays that the Court will strike the exhibits as set forth herein.

DEFENDANT,
MARQUAM JOHNSON

By_____
Martha A. Shaw [ct12855]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
Phone:  (860) 249-1361
Fax:  (860) 249-7665
E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 7th day of November, 2003.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Edward Maum Sheehy, Esquire
Williams, Cooney & Sheehy, LLP
799 Silver Lane
Trumbull, CT  04212

Albert G. Vasko, Esquire
140 Main Street
Torrington, CT  06790

                _____
                Martha A. Shaw