UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 'Church Street
New Haven
Chambers Room 306

Tuesday November 18, 2003

2:00 p.m.

---

CASE NO. **3:02cv1252 MRK**     **Hepburn v City of Torrington**

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

Dawne Westbrook
P.O. Box 2502
Middletown, CT 06457

Albert G. Vasko
140 Main St.
Torrington, CT 06790

Edward M. Sheehy
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

Martha Anne Shaw
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

John J. Radshaw, III.
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

STATUS CONFERENCE HELD
DATE: 11/18/03
15 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK