FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                                        :
LAWRENCE HEPBURN                        :
                                        :
        PLAINTIFF                       :
                                        :
VS.                                     :     NO. 302CV01252(MRK)
                                        :
                                        :
CITY OF TORRINGTON                      :     JANUARY 20, 2004
MARQUAM JOHNSON                         :
BOARD OF PUBLIC SAFETY OF THE           :
   CITY OF TORRINGTON                   :
MARY JANE GRYNIUK and                   :
THOMAS GRITT                            :
                                        :
        DEFENDANTS                      :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .:

### SUPPLEMENTAL LOCAL RULE 56(a)(1) STATEMENT

The defendant, City of Torrington, Marquam Johnson, Board of
Public Safety of the City of Torrington, Mary Jane Gryniuk, and
Thomas Gritt hereby supplement Local Rule 56(a)(1) Statement dated
October 1, 2003 by attaching the following pages of the transcripts
of the deposition of the plaintiff Lawrence Hepburn to the
following paragraphs of its Local Rule 9(a)(1) Statement which were
inadvertently omitted:

    34.   Pg. 174 Deposition of plaintiff 5/27/03 (Exhibit 1)

- 2 -

37. Pg. 179 of the Deposition of the plaintiff 5/27/03 (Exhibit 1)

39. Pg. 180 of Deposition of plaintiff 5/27/03 (Exhibit 1)

42. Pg. 182 of Deposition of plaintiff 5/27/03 (Exhibit 1)

43. Pg. 185 of Deposition of plaintiff 5/27/03 (Exhibit 1)

49. Pp. 212, 213, of Deposition of plaintiff 5/27/03 (Exhibit 1) and

81. Pg. 318 of Deposition of plaintiff 7/16/03 (Exhibit 2).

THE DEFENDANTS
CITY OF TORRINGTON
MARQUAM JOHNSON
BOARD OF PUBLIC SAFETY OF THE
    CITY OF TORRINGTON
MARY JANE GRYNIUK and
THOMAS GRITT

BY _____
    EDWARD MAUM SHEEHY
    Williams, Cooney & Sheehy, LLP
    799 Silver Lane
    Trumbull, CT  06611-0753
    Fed. Bar # ct 04212
    Telephone:203-380-1741

- 3 -

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel and pro se parties of record.

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

EDWARD MAUM SHEEHY

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1          A     No.  It was just myself and the Chief.

2          Q     And did he have a smile on his face when he

3     did that?

4          A     No.

5          Q     And you didn't consider that humorous at

6     all?

7          A     No.

8          Q     And then the third instance of an unwelcome

9     sexual advance is this training tape that you

10    referred to, right?

11         A     Um-hum.

12         Q     And you have no knowledge as to who put

13    that pornographic tape into the tape player?

14         A     No.

15         Q     Is that the same tape player that you

16    reported missing in that memo?

17         A     No, no.  Totally different.  That was a

18    tape recorder.

19         Q     Okay.

20         A     This is a VCR tape recorder.

21         Q     All right.

22         A     And, again, one thing I just want to state

23    is, right before I started the training session I was

24    called downstairs.  Somebody had come into the

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1          A     No.  It was just myself and the Chief.

2          Q     And did he have a smile on his face when he

3     did that?

4          A     No.

5          Q     And you didn't consider that humorous at

6     all?

7          A     No.

8          Q     And then the third instance of an unwelcome

9     sexual advance is this training tape that you

10    referred to, right?

11         A     Um-hum.

12         Q     And you have no knowledge as to who put

13    that pornographic tape into the tape player?

14         A     No.

15         Q     Is that the same tape player that you

16    reported missing in that memo?

17         A     No, no.  Totally different.  That was a

18    tape recorder.

19         Q     Okay.

20         A     This is a VCR tape recorder.

21         Q     All right.

22         A     And, again, one thing I just want to state

23    is, right before I started the training session I was

24    called downstairs.  Somebody had come into the

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003


1          A    No.  It was just myself and the Chief.

2          Q    And did he have a smile on his face when he

3    did that?

4          A    No.

5          Q    And you didn't consider that humorous at

6    all?

7          A    No.

8          Q    And then the third instance of an unwelcome

9    sexual advance is this training tape that you

10   referred to, right?

11         A    Um-hum.

12         Q    And you have no knowledge as to who put

13   that pornographic tape into the tape player?

14         A    No.

15         Q    Is that the same tape player that you

16   reported missing in that memo?

17         A    No, no.  Totally different.  That was a

18   tape recorder.

19         Q    Okay.

20         A    This is a VCR tape recorder.

21         Q    All right.

22         A    And, again, one thing I just want to state

23   is, right before I started the training session I was

24   called downstairs.  Somebody had come into the

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1      A     No.  It was just myself and the Chief.

2      Q     And did he have a smile on his face when he

3   did that?

4      A     No.

5      Q     And you didn't consider that humorous at

6   all?

7      A     No.

8      Q     And then the third instance of an unwelcome

9   sexual advance is this training tape that you

10   referred to, right?

11      A     Um-hum.

12      Q     And you have no knowledge as to who put

13   that pornographic tape into the tape player?

14      A     No.

15      Q     Is that the same tape player that you

16   reported missing in that memo?

17      A     No, no.  Totally different.  That was a

18   tape recorder.

19      Q     Okay.

20      A     This is a VCR tape recorder.

21      Q     All right.

22      A     And, again, one thing I just want to state

23   is, right before I started the training session I was

24   called downstairs.  Somebody had come into the

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1          A     No.  It was just myself and the Chief.

2          Q     And did he have a smile on his face when he

3     did that?

4          A     No.

5          Q     And you didn't consider that humorous at

6     all?

7          A     No.

8          Q     And then the third instance of an unwelcome

9     sexual advance is this training tape that you

10    referred to, right?

11         A     Um-hum.

12         Q     And you have no knowledge as to who put

13    that pornographic tape into the tape player?

14         A     No.

15         Q     Is that the same tape player that you

16    reported missing in that memo?

17         A     No, no.  Totally different.  That was a

18    tape recorder.

19         Q     Okay.

20         A     This is a VCR tape recorder.

21         Q     All right.

22         A     And, again, one thing I just want to state

23    is, right before I started the training session I was

24    called downstairs.  Somebody had come into the

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1        Q    Why did you throw it away?

2        A    Because I -- well, this was after I had

3    talked to Chief Johnson about it.  I waited,

4    basically, about a week.  I kept it in my office and

5    then I threw it away.  Because, first of all, I don't

6    know how it got into the firehouse, and I'm not going

7    to take a chance of letting it get back out again,

8    and --

9        Q    Did you show the tape, the pornographic

10    tape, to Chief Johnson?

11        A    No.

12        Q    And did you ever play the tape after this

13    training session where you started the tape?

14        A    No.

15        Q    So you never played the tape in full to

16    find out what was on there?

17        A    Correct.

18        Q    And then about a week later you threw the

19    tape away?

20        A    Correct.

21        Q    And did you show that tape to anyone else

22    in the fire department of the City of Torrington

23    after you took it out of the VCR?

24        A    No.

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1       Q       Why did you throw it away?

2       A       Because I -- well, this was after I had

3   talked to Chief Johnson about it.  I waited,

4   basically, about a week.  I kept it in my office and

5   then I threw it away.  Because, first of all, I don't

6   know how it got into the firehouse, and I'm not going

7   to take a chance of letting it get back out again,

8   and --

9       Q       Did you show the tape, the pornographic

10  tape, to Chief Johnson?

11      A       No.

12      Q       And did you ever play the tape after this

13  training session where you started the tape?

14      A       No.

15      Q       So you never played the tape in full to

16  find out what was on there?

17      A       Correct.

18      Q       And then about a week later you threw the

19  tape away?

20      A       Correct.

21      Q       And did you show that tape to anyone else

22  in the fire department of the City of Torrington

23  after you took it out of the VCR?

24      A       No.

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1         Q    Why did you throw it away?

2         A    Because I -- well, this was after I had

3    talked to Chief Johnson about it.  I waited,

4    basically, about a week.  I kept it in my office and

5    then I threw it away.  Because, first of all, I don't

6    know how it got into the firehouse, and I'm not going

7    to take a chance of letting it get back out again,

8    and --

9         Q    Did you show the tape, the pornographic

10   tape, to Chief Johnson?

11        A    No.

12        Q    And did you ever play the tape after this

13   training session where you started the tape?

14        A    No.

15        Q    So you never played the tape in full to

16   find out what was on there?

17        A    Correct.

18        Q    And then about a week later you threw the

19   tape away?

20        A    Correct.

21        Q    And did you show that tape to anyone else

22   in the fire department of the City of Torrington

23   after you took it out of the VCR?

24        A    No.

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1        Q     Why did you throw it away?

2        A     Because I -- well, this was after I had

3    talked to Chief Johnson about it.  I waited,

4    basically, about a week.  I kept it in my office and

5    then I threw it away.  Because, first of all, I don't

6    know how it got into the firehouse, and I'm not going

7    to take a chance of letting it get back out again,

8    and --

9        Q     Did you show the tape, the pornographic

10   tape, to Chief Johnson?

11       A     No.

12       Q     And did you ever play the tape after this

13   training session where you started the tape?

14       A     No.

15       Q     So you never played the tape in full to

16   find out what was on there?

17       A     Correct.

18       Q     And then about a week later you threw the

19   tape away?

20       A     Correct.

21       Q     And did you show that tape to anyone else

22   in the fire department of the City of Torrington

23   after you took it out of the VCR?

24       A     No.

POST REPORTING SERVICE
Hamden, Connecticut  (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1      Q    Why did you throw it away?

2      A    Because I -- well, this was after I had

3    talked to Chief Johnson about it.  I waited,

4    basically, about a week.  I kept it in my office and

5    then I threw it away.  Because, first of all, I don't

6    know how it got into the firehouse, and I'm not going

7    to take a chance of letting it get back out again,

8    and --

9      Q    Did you show the tape, the pornographic

10    tape, to Chief Johnson?

11      A    No.

12      Q    And did you ever play the tape after this

13    training session where you started the tape?

14      A    No.

15      Q    So you never played the tape in full to

16    find out what was on there?

17      A    Correct.

18      Q    And then about a week later you threw the

19    tape away?

20      A    Correct.

21      Q    And did you show that tape to anyone else

22    in the fire department of the City of Torrington

23    after you took it out of the VCR?

24      A    No.

POST REPORTING SERVICE
Hamden, Connecticut  (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    Q    And did you ever get back the training

2    tape?

3    A    No.

4    Q    What did that training tape consist of, the

5    one that you claim is missing?

6    A    That consisted of strategy -- it was the

7    second videotape on strategy and tactics, and it

8    addressed on how to fight residential, I believe,

9    commercial fires, commercial dwelling fires,

10    residential dwelling fires.

11    Q    And who produced that tape, who prepared

12    that tape?

13    A    A company out of Colorado.

14    Q    Did you ever get a replacement of that

15    tape?

16    A    Yes.

17    Q    And when did you do that?

18    A    About almost a year later.

19    Q    So you went for a year without having this

20    tape for training?

21    A    Correct.

22    Q    Why did you wait a year for that?

23    A    Because of -- largely, because of the

24    budget.  First off, we didn't have any money to

180

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1          Q     And did you ever get back the training

2     tape?

3          A     No.

4          Q     What did that training tape consist of, the

5     one that you claim is missing?

6          A     That consisted of strategy -- it was the

7     second videotape on strategy and tactics, and it

8     addressed on how to fight residential, I believe,

9     commercial fires, commercial dwelling fires,

10    residential dwelling fires.

11         Q     And who produced that tape, who prepared

12    that tape?

13         A     A company out of Colorado.

14         Q     Did you ever get a replacement of that

15    tape?

16         A     Yes.

17         Q     And when did you do that?

18         A     About almost a year later.

19         Q     So you went for a year without having this

20    tape for training?

21         A     Correct.

22         Q     Why did you wait a year for that?

23         A     Because of -- largely, because of the

24    budget.  First off, we didn't have any money to

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1        Q       And did you ever get back the training

2    tape?

3        A       No.

4        Q       What did that training tape consist of, the

5    one that you claim is missing?

6        A       That consisted of strategy -- it was the

7    second videotape on strategy and tactics, and it

8    addressed on how to fight residential, I believe,

9    commercial fires, commercial dwelling fires,

10   residential dwelling fires.

11       Q       And who produced that tape, who prepared

12   that tape?

13       A       A company out of Colorado.

14       Q       Did you ever get a replacement of that

15   tape?

16       A       Yes.

17       Q       And when did you do that?

18       A       About almost a year later.

19       Q       So you went for a year without having this

20   tape for training?

21       A       Correct.

22       Q       Why did you wait a year for that?

23       A       Because of -- largely, because of the

24   budget.  First off, we didn't have any money to

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1        Q     And did you ever get back the training

2     tape?

3        A     No.

4        Q     What did that training tape consist of, the

5     one that you claim is missing?

6        A     That consisted of strategy -- it was the

7     second videotape on strategy and tactics, and it

8     addressed on how to fight residential, I believe,

9     commercial fires, commercial dwelling fires,

10    residential dwelling fires.

11       Q     And who produced that tape, who prepared

12    that tape?

13       A     A company out of Colorado.

14       Q     Did you ever get a replacement of that

15    tape?

16       A     Yes.

17       Q     And when did you do that?

18       A     About almost a year later.

19       Q     So you went for a year without having this

20    tape for training?

21       A     Correct.

22       Q     Why did you wait a year for that?

23       A     Because of -- largely, because of the

24    budget.  First off, we didn't have any money to

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1        Q    And did you ever get back the training

2    tape?

3        A    No.

4        Q    What did that training tape consist of, the

5    one that you claim is missing?

6        A    That consisted of strategy -- it was the

7    second videotape on strategy and tactics, and it

8    addressed on how to fight residential, I believe,

9    commercial fires, commercial dwelling fires,

10   residential dwelling fires.

11       Q    And who produced that tape, who prepared

12   that tape?

13       A    A company out of Colorado.

14       Q    Did you ever get a replacement of that

15   tape?

16       A    Yes.

17       Q    And when did you do that?

18       A    About almost a year later.

19       Q    So you went for a year without having this

20   tape for training?

21       A    Correct.

22       Q    Why did you wait a year for that?

23       A    Because of -- largely, because of the

24   budget.  First off, we didn't have any money to

POST REPORTING SERVICE
Hamden, Connecticut  (800)262-4102