DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1   Q   Why did you throw it away?

2   A   Because I -- well, this was after I had
3   talked to Chief Johnson about it.  I waited,
4   basically, about a week.  I kept it in my office and
5   then I threw it away.  Because, first of all, I don't
6   know how it got into the firehouse, and I'm not going
7   to take a chance of letting it get back out again,
8   and --

9   Q   Did you show the tape, the pornographic
10  tape, to Chief Johnson?

11  A   No.

12  Q   And did you ever play the tape after this
13  training session where you started the tape?

14  A   No.

15  Q   So you never played the tape in full to
16  find out what was on there?

17  A   Correct.

18  Q   And then about a week later you threw the
19  tape away?

20  A   Correct.

21  Q   And did you show that tape to anyone else
22  in the fire department of the City of Torrington
23  after you took it out of the VCR?

24  A   No.

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1     Q    Why did you throw it away?

2     A    Because I -- well, this was after I had
3  talked to Chief Johnson about it. I waited,
4  basically, about a week. I kept it in my office and
5  then I threw it away. Because, first of all, I don't
6  know how it got into the firehouse, and I'm not going
7  to take a chance of letting it get back out again,
8  and --

9     Q    Did you show the tape, the pornographic
10 tape, to Chief Johnson?

11    A    No.

12    Q    And did you ever play the tape after this
13 training session where you started the tape?

14    A    No.

15    Q    So you never played the tape in full to
16 find out what was on there?

17    A    Correct.

18    Q    And then about a week later you threw the
19 tape away?

20    A    Correct.

21    Q    And did you show that tape to anyone else
22 in the fire department of the City of Torrington
23 after you took it out of the VCR?

24    A    No.

POST REPORTING SERVICE
Hamden, Connecticut    (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    Q    And did you ever get back the training
2    tape?
3    A    No.
4    Q    What did that training tape consist of, the
5    one that you claim is missing?
6    A    That consisted of strategy -- it was the
7    second videotape on strategy and tactics, and it
8    addressed on how to fight residential, I believe,
9    commercial fires, commercial dwelling fires,
10   residential dwelling fires.
11   Q    And who produced that tape, who prepared
12   that tape?
13   A    A company out of Colorado.
14   Q    Did you ever get a replacement of that
15   tape?
16   A    Yes.
17   Q    And when did you do that?
18   A    About almost a year later.
19   Q    So you went for a year without having this
20   tape for training?
21   A    Correct.
22   Q    Why did you wait a year for that?
23   A    Because of -- largely, because of the
24   budget.  First off, we didn't have any money to

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    Q    And did you ever get back the training
2    tape?
3    A    No.
4    Q    What did that training tape consist of, the
5    one that you claim is missing?
6    A    That consisted of strategy -- it was the
7    second videotape on strategy and tactics, and it
8    addressed on how to fight residential, I believe,
9    commercial fires, commercial dwelling fires,
10    residential dwelling fires.
11    Q    And who produced that tape, who prepared
12    that tape?
13    A    A company out of Colorado.
14    Q    Did you ever get a replacement of that
15    tape?
16    A    Yes.
17    Q    And when did you do that?
18    A    About almost a year later.
19    Q    So you went for a year without having this
20    tape for training?
21    A    Correct.
22    Q    Why did you wait a year for that?
23    A    Because of -- largely, because of the
24    budget. First off, we didn't have any money to

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1     Q    And did you ever get back the training
2 tape?

3     A    No.

4     Q    What did that training tape consist of, the
5 one that you claim is missing?

6     A    That consisted of strategy -- it was the
7 second videotape on strategy and tactics, and it
8 addressed on how to fight residential, I believe,
9 commercial fires, commercial dwelling fires,
10 residential dwelling fires.

11    Q    And who produced that tape, who prepared
12 that tape?

13    A    A company out of Colorado.

14    Q    Did you ever get a replacement of that
15 tape?

16    A    Yes.

17    Q    And when did you do that?

18    A    About almost a year later.

19    Q    So you went for a year without having this
20 tape for training?

21    A    Correct.

22    Q    Why did you wait a year for that?

23    A    Because of -- largely, because of the
24 budget.  First off, we didn't have any money to

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    Q    And did you ever get back the training
2    tape?
3    A    No.
4    Q    What did that training tape consist of, the
5    one that you claim is missing?
6    A    That consisted of strategy -- it was the
7    second videotape on strategy and tactics, and it
8    addressed on how to fight residential, I believe,
9    commercial fires, commercial dwelling fires,
10   residential dwelling fires.
11   Q    And who produced that tape, who prepared
12   that tape?
13   A    A company out of Colorado.
14   Q    Did you ever get a replacement of that
15   tape?
16   A    Yes.
17   Q    And when did you do that?
18   A    About almost a year later.
19   Q    So you went for a year without having this
20   tape for training?
21   A    Correct.
22   Q    Why did you wait a year for that?
23   A    Because of -- largely, because of the
24   budget.  First off, we didn't have any money to

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1  Q   And did you ever get back the training
2  tape?
3  A   No.
4  Q   What did that training tape consist of, the
5  one that you claim is missing?
6  A   That consisted of strategy -- it was the
7  second videotape on strategy and tactics, and it
8  addressed on how to fight residential, I believe,
9  commercial fires, commercial dwelling fires,
10 residential dwelling fires.
11 Q   And who produced that tape, who prepared
12 that tape?
13 A   A company out of Colorado.
14 Q   Did you ever get a replacement of that
15 tape?
16 A   Yes.
17 Q   And when did you do that?
18 A   About almost a year later.
19 Q   So you went for a year without having this
20 tape for training?
21 A   Correct.
22 Q   Why did you wait a year for that?
23 A   Because of -- largely, because of the
24 budget.  First off, we didn't have any money to

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1      Q    Okay. And you interpret that as an
2  unwelcome sexual advance?
3      A    I found it very offensive.
4      Q    Okay. You went in and talked to Chief
5  Johnson the next day about that; is that right?
6      A    Correct.
7      Q    And did he apologize when you went in
8  there?
9      A    I don't recall him formally apologizing.
10  He just said, "Yeah, okay." So I guess I took that
11  as his apology.
12      Q    Did you consider that issue was closed at
13  that point?
14      A    I guess so, yeah. I mean, he's my
15  immediate supervisor. I didn't really have any
16  recourse.
17      Q    You never filed a grievance in connection
18  with any one of these claims; is that right?
19      A    No.
20      Q    Now, were you ever the subject of requests
21  for sexual favors in connection with the claims that
22  you're making in this lawsuit?
23      MS. ENGSTROM: Do you understand what
24  he means by that? Do you understand what that term

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1   Q   Okay. And you interpret that as an
2   unwelcome sexual advance?
3   A   I found it very offensive.
4   Q   Okay. You went in and talked to Chief
5   Johnson the next day about that; is that right?
6   A   Correct.
7   Q   And did he apologize when you went in
8   there?
9   A   I don't recall him formally apologizing.
10  He just said, "Yeah, okay." So I guess I took that
11  as his apology.
12  Q   Did you consider that issue was closed at
13  that point?
14  A   I guess so, yeah. I mean, he's my
15  immediate supervisor. I didn't really have any
16  recourse.
17  Q   You never filed a grievance in connection
18  with any one of these claims; is that right?
19  A   No.
20  Q   Now, were you ever the subject of requests
21  for sexual favors in connection with the claims that
22  you're making in this lawsuit?
23      MS. ENGSTROM: Do you understand what
24  he means by that? Do you understand what that term

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

```
 1      interfere with your work performance?
 2          A    No, other than being upset by the comment.
 3          Q    Now, did -- did the word "bitch" on the
 4      blackboard create a -- did that intimidate you at all
 5      in connection with your work environment?
 6          A    Not really the word "intimidate" is --
 7      again, I found it kind of offensive.
 8          Q    And how did you find it offensive?
 9          A    Along the lines that something like that
10      shouldn't be in a firehouse.
11          Q    And you don't know who put that word on the
12      blackboard?
13          A    No.
14          Q    And did you find that Chief Johnson's
15      demonstration of the difference between male or
16      female urination to be intimidating?
17          A    No.
18          Q    Or hostile?
19          A    Again, I found it offensive.
20          Q    And how did you find it offensive?
21          A    Well, he's my supervisor.  I thought he
22      would have enough sense to just verbalize.  He didn't
23      have to demonstrate.  Verbalize.  I thought we were
24      all kind of adults here, that, you know, I had kind
```

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

```
 1     interfere with your work performance?
 2          A    No, other than being upset by the comment.
 3          Q    Now, did -- did the word "bitch" on the
 4     blackboard create a -- did that intimidate you at all
 5     in connection with your work environment?
 6          A    Not really the word "intimidate" is --
 7     again, I found it kind of offensive.
 8          Q    And how did you find it offensive?
 9          A    Along the lines that something like that
10     shouldn't be in a firehouse.
11          Q    And you don't know who put that word on the
12     blackboard?
13          A    No.
14          Q    And did you find that Chief Johnson's
15     demonstration of the difference between male or
16     female urination to be intimidating?
17          A    No.
18          Q    Or hostile?
19          A    Again, I found it offensive.
20          Q    And how did you find it offensive?
21          A    Well, he's my supervisor.  I thought he
22     would have enough sense to just verbalize.  He didn't
23     have to demonstrate.  Verbalize.  I thought we were
24     all kind of adults here, that, you know, I had kind
```

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

```
 1      interfere with your work performance?
 2          A    No, other than being upset by the comment.
 3          Q    Now, did -- did the word "bitch" on the
 4      blackboard create a -- did that intimidate you at all
 5      in connection with your work environment?
 6          A    Not really the word "intimidate" is --
 7      again, I found it kind of offensive.
 8          Q    And how did you find it offensive?
 9          A    Along the lines that something like that
10      shouldn't be in a firehouse.
11          Q    And you don't know who put that word on the
12      blackboard?
13          A    No.
14          Q    And did you find that Chief Johnson's
15      demonstration of the difference between male or
16      female urination to be intimidating?
17          A    No.
18          Q    Or hostile?
19          A    Again, I found it offensive.
20          Q    And how did you find it offensive?
21          A    Well, he's my supervisor.  I thought he
22      would have enough sense to just verbalize.  He didn't
23      have to demonstrate.  Verbalize.  I thought we were
24      all kind of adults here, that, you know, I had kind
```

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    interfere with your work performance?
2        A    No, other than being upset by the comment.
3        Q    Now, did -- did the word "bitch" on the
4    blackboard create a -- did that intimidate you at all
5    in connection with your work environment?
6        A    Not really the word "intimidate" is --
7    again, I found it kind of offensive.
8        Q    And how did you find it offensive?
9        A    Along the lines that something like that
10   shouldn't be in a firehouse.
11       Q    And you don't know who put that word on the
12   blackboard?
13       A    No.
14       Q    And did you find that Chief Johnson's
15   demonstration of the difference between male or
16   female urination to be intimidating?
17       A    No.
18       Q    Or hostile?
19       A    Again, I found it offensive.
20       Q    And how did you find it offensive?
21       A    Well, he's my supervisor.  I thought he
22   would have enough sense to just verbalize.  He didn't
23   have to demonstrate.  Verbalize.  I thought we were
24   all kind of adults here, that, you know, I had kind

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    interfere with your work performance?
2        A    No, other than being upset by the comment.
3        Q    Now, did -- did the word "bitch" on the
4    blackboard create a -- did that intimidate you at all
5    in connection with your work environment?
6        A    Not really the word "intimidate" is --
7    again, I found it kind of offensive.
8        Q    And how did you find it offensive?
9        A    Along the lines that something like that
10   shouldn't be in a firehouse.
11       Q    And you don't know who put that word on the
12   blackboard?
13       A    No.
14       Q    And did you find that Chief Johnson's
15   demonstration of the difference between male or
16   female urination to be intimidating?
17       A    No.
18       Q    Or hostile?
19       A    Again, I found it offensive.
20       Q    And how did you find it offensive?
21       A    Well, he's my supervisor.  I thought he
22   would have enough sense to just verbalize.  He didn't
23   have to demonstrate.  Verbalize.  I thought we were
24   all kind of adults here, that, you know, I had kind

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1   produced.

2   A   Okay.

3   Q   And you sent Chief Johnson this memorandum.
4   Did he give you a response to that memorandum?

5   A   I don't recall any response.  I don't
6   remember any response.

7   Q   So you don't remember whether he did or
8   not; is that correct?

9   A   No.

10  Q   In sending him that memorandum that you
11  referred to on page one of Exhibit 42, the bottom
12  paragraph, did you then consider that the matter was
13  closed?

14  A   Yeah, I guess so.  I mean, I didn't get any
15  response.  So, I mean, he's my immediate supervisor.

16  Q   And you never filed a grievance in
17  connection with this proceeding?

18  A   No.

19  Q   Or never reported this to the Board of
20  Public Safety?

21  A   No.

22  Q   Never reported any of these instances of
23  sexual harassment that you claim in this Complaint to
24  the Board of Public Safety of the City of Torrington?

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    produced.
2        A    Okay.
3        Q    And you sent Chief Johnson this memorandum.
4    Did he give you a response to that memorandum?
5        A    I don't recall any response.  I don't
6    remember any response.
7        Q    So you don't remember whether he did or
8    not; is that correct?
9        A    No.
10       Q    In sending him that memorandum that you
11   referred to on page one of Exhibit 42, the bottom
12   paragraph, did you then consider that the matter was
13   closed?
14       A    Yeah, I guess so.  I mean, I didn't get any
15   response.  So, I mean, he's my immediate supervisor.
16       Q    And you never filed a grievance in
17   connection with this proceeding?
18       A    No.
19       Q    Or never reported this to the Board of
20   Public Safety?
21       A    No.
22       Q    Never reported any of these instances of
23   sexual harassment that you claim in this Complaint to
24   the Board of Public Safety of the City of Torrington?

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    produced.

2         A    Okay.

3         Q    And you sent Chief Johnson this memorandum.
4    Did he give you a response to that memorandum?

5         A    I don't recall any response. I don't
6    remember any response.

7         Q    So you don't remember whether he did or
8    not; is that correct?

9         A    No.

10        Q    In sending him that memorandum that you
11   referred to on page one of Exhibit 42, the bottom
12   paragraph, did you then consider that the matter was
13   closed?

14        A    Yeah, I guess so. I mean, I didn't get any
15   response. So, I mean, he's my immediate supervisor.

16        Q    And you never filed a grievance in
17   connection with this proceeding?

18        A    No.

19        Q    Or never reported this to the Board of
20   Public Safety?

21        A    No.

22        Q    Never reported any of these instances of
23   sexual harassment that you claim in this Complaint to
24   the Board of Public Safety of the City of Torrington?