DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1  produced.
2      A   Okay.
3      Q   And you sent Chief Johnson this memorandum.
4  Did he give you a response to that memorandum?
5      A   I don't recall any response.  I don't
6  remember any response.
7      Q   So you don't remember whether he did or
8  not; is that correct?
9      A   No.
10     Q   In sending him that memorandum that you
11 referred to on page one of Exhibit 42, the bottom
12 paragraph, did you then consider that the matter was
13 closed?
14     A   Yeah, I guess so.  I mean, I didn't get any
15 response.  So, I mean, he's my immediate supervisor.
16     Q   And you never filed a grievance in
17 connection with this proceeding?
18     A   No.
19     Q   Or never reported this to the Board of
20 Public Safety?
21     A   No.
22     Q   Never reported any of these instances of
23 sexual harassment that you claim in this Complaint to
24 the Board of Public Safety of the City of Torrington?

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1  produced.

2  A   Okay.

3  Q   And you sent Chief Johnson this memorandum.
4  Did he give you a response to that memorandum?

5  A   I don't recall any response. I don't
6  remember any response.

7  Q   So you don't remember whether he did or
8  not; is that correct?

9  A   No.

10  Q   In sending him that memorandum that you
11  referred to on page one of Exhibit 42, the bottom
12  paragraph, did you then consider that the matter was
13  closed?

14  A   Yeah, I guess so. I mean, I didn't get any
15  response. So, I mean, he's my immediate supervisor.

16  Q   And you never filed a grievance in
17  connection with this proceeding?

18  A   No.

19  Q   Or never reported this to the Board of
20  Public Safety?

21  A   No.

22  Q   Never reported any of these instances of
23  sexual harassment that you claim in this Complaint to
24  the Board of Public Safety of the City of Torrington?

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1  A   Well, I did mention to the Deputy Fire
2  Chief, which then was Tim Schapp.
3  Q   Okay. And when did Tim Schapp become the
4  Deputy Fire Chief?
5  A   Let's see. He replaced -- I would say
6  either '96 or '97.
7  Q   And you say you mentioned this to Deputy
8  Chief -- what did you specifically mention to him?
9  A   I told him about the issues that I had with
10 the Chief more so to make him aware of it. And,
11 again, he's in a management position. It was my
12 understanding that he went down and I'm sure he
13 notified the Chief. I'm almost sure he also notified
14 Tom Gritt, our Personnel Director, about what was
15 taking place. It's my understanding that the
16 Personnel Director was aware of what was happening in
17 the fire department.
18 Q   Do you have any personal knowledge that
19 Deputy Chief Schapp spoke to Mr. Gritt, the Personnel
20 Director, about these incidents that you're claiming?
21 A   I never -- I don't know for sure, but I'm
22 assuming he did.
23 Q   I'm only asking if you have any personal
24 knowledge.

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1    A    Well, I did mention to the Deputy Fire
2    Chief, which then was Tim Schapp.
3    Q    Okay.  And when did Tim Schapp become the
4    Deputy Fire Chief?
5    A    Let's see.  He replaced -- I would say
6    either '96 or '97.
7    Q    And you say you mentioned this to Deputy
8    Chief -- what did you specifically mention to him?
9    A    I told him about the issues that I had with
10   the Chief more so to make him aware of it.  And,
11   again, he's in a management position.  It was my
12   understanding that he went down and I'm sure he
13   notified the Chief.  I'm almost sure he also notified
14   Tom Gritt, our Personnel Director, about what was
15   taking place.  It's my understanding that the
16   Personnel Director was aware of what was happening in
17   the fire department.
18   Q    Do you have any personal knowledge that
19   Deputy Chief Schapp spoke to Mr. Gritt, the Personnel
20   Director, about these incidents that you're claiming?
21   A    I never -- I don't know for sure, but I'm
22   assuming he did.
23   Q    I'm only asking if you have any personal
24   knowledge.

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1  A    Well, I did mention to the Deputy Fire
2  Chief, which then was Tim Schapp.
3  Q    Okay.  And when did Tim Schapp become the
4  Deputy Fire Chief?
5  A    Let's see.  He replaced -- I would say
6  either '96 or '97.
7  Q    And you say you mentioned this to Deputy
8  Chief -- what did you specifically mention to him?
9  A    I told him about the issues that I had with
10 the Chief more so to make him aware of it.  And,
11 again, he's in a management position.  It was my
12 understanding that he went down and I'm sure he
13 notified the Chief.  I'm almost sure he also notified
14 Tom Gritt, our Personnel Director, about what was
15 taking place.  It's my understanding that the
16 Personnel Director was aware of what was happening in
17 the fire department.
18 Q    Do you have any personal knowledge that
19 Deputy Chief Schapp spoke to Mr. Gritt, the Personnel
20 Director, about these incidents that you're claiming?
21 A    I never -- I don't know for sure, but I'm
22 assuming he did.
23 Q    I'm only asking if you have any personal
24 knowledge.

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1   A    Well, I did mention to the Deputy Fire
2   Chief, which then was Tim Schapp.
3   Q    Okay. And when did Tim Schapp become the
4   Deputy Fire Chief?
5   A    Let's see. He replaced -- I would say
6   either '96 or '97.
7   Q    And you say you mentioned this to Deputy
8   Chief -- what did you specifically mention to him?
9   A    I told him about the issues that I had with
10  the Chief more so to make him aware of it. And,
11  again, he's in a management position. It was my
12  understanding that he went down and I'm sure he
13  notified the Chief. I'm almost sure he also notified
14  Tom Gritt, our Personnel Director, about what was
15  taking place. It's my understanding that the
16  Personnel Director was aware of what was happening in
17  the fire department.
18  Q    Do you have any personal knowledge that
19  Deputy Chief Schapp spoke to Mr. Gritt, the Personnel
20  Director, about these incidents that you're claiming?
21  A    I never -- I don't know for sure, but I'm
22  assuming he did.
23  Q    I'm only asking if you have any personal
24  knowledge.

DEPOSITION OF LAWRENCE HEPBURN
May 27, 2003

1   A   Well, I did mention to the Deputy Fire
2   Chief, which then was Tim Schapp.
3   Q   Okay. And when did Tim Schapp become the
4   Deputy Fire Chief?
5   A   Let's see. He replaced -- I would say
6   either '96 or '97.
7   Q   And you say you mentioned this to Deputy
8   Chief -- what did you specifically mention to him?
9   A   I told him about the issues that I had with
10  the Chief more so to make him aware of it. And,
11  again, he's in a management position. It was my
12  understanding that he went down and I'm sure he
13  notified the Chief. I'm almost sure he also notified
14  Tom Gritt, our Personnel Director, about what was
15  taking place. It's my understanding that the
16  Personnel Director was aware of what was happening in
17  the fire department.
18  Q   Do you have any personal knowledge that
19  Deputy Chief Schapp spoke to Mr. Gritt, the Personnel
20  Director, about these incidents that you're claiming?
21  A   I never -- I don't know for sure, but I'm
22  assuming he did.
23  Q   I'm only asking if you have any personal
24  knowledge.

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102

DEPOSITION OF LAWRENCE HEPBURN
July 16, 2003

```
 1    Labor Board that it -- the memo or the letter that
 2    the Chief sent me would be reduced to just strictly
 3    informational or instructional purposes or something
 4    to that effect.
 5         Q    Let me show you Exhibit 27.  Is that the
 6    letter you're referring to?
 7         A    Correct.  Instructional letter.
 8         Q    That's the letter dated February 2, 2001?
 9         A    Correct.
10         Q    All right.  So that was the end of it?  Is
11    that the end of your grievance?
12         A    Yes.
13         Q    And you were satisfied with that
14    resolution?
15         A    Personally, my own opinion, not really, but
16    I didn't -- being there in a grievance hearing, it
17    seemed to be the only agreement we could come to,
18    so --.
19         Q    All right.  And you signed off on that?
20         A    Yes.
21         Q    Okay.  Now, I think I asked you the last
22    time, that you never, with the exception of this
23    grievance that you just referred to, you didn't file
24    any grievance in relation, or grievances in relation
```

DEPOSITION OF LAWRENCE HEPBURN
July 16, 2003

1    Labor Board that it -- the memo or the letter that
2    the Chief sent me would be reduced to just strictly
3    informational or instructional purposes or something
4    to that effect.
5         Q    Let me show you Exhibit 27.  Is that the
6    letter you're referring to?
7         A    Correct.  Instructional letter.
8         Q    That's the letter dated February 2, 2001?
9         A    Correct.
10        Q    All right.  So that was the end of it?  Is
11   that the end of your grievance?
12        A    Yes.
13        Q    And you were satisfied with that
14   resolution?
15        A    Personally, my own opinion, not really, but
16   I didn't -- being there in a grievance hearing, it
17   seemed to be the only agreement we could come to,
18   so --.
19        Q    All right.  And you signed off on that?
20        A    Yes.
21        Q    Okay.  Now, I think I asked you the last
22   time, that you never, with the exception of this
23   grievance that you just referred to, you didn't file
24   any grievance in relation, or grievances in relation

DEPOSITION OF LAWRENCE HEPBURN
July 16, 2003

1  Labor Board that it -- the memo or the letter that
2  the Chief sent me would be reduced to just strictly
3  informational or instructional purposes or something
4  to that effect.
5      Q    Let me show you Exhibit 27.  Is that the
6  letter you're referring to?
7      A    Correct.  Instructional letter.
8      Q    That's the letter dated February 2, 2001?
9      A    Correct.
10     Q    All right.  So that was the end of it?  Is
11 that the end of your grievance?
12     A    Yes.
13     Q    And you were satisfied with that
14 resolution?
15     A    Personally, my own opinion, not really, but
16 I didn't -- being there in a grievance hearing, it
17 seemed to be the only agreement we could come to,
18 so --.
19     Q    All right.  And you signed off on that?
20     A    Yes.
21     Q    Okay.  Now, I think I asked you the last
22 time, that you never, with the exception of this
23 grievance that you just referred to, you didn't file
24 any grievance in relation, or grievances in relation

DEPOSITION OF LAWRENCE HEPBURN
July 16, 2003

```
 1    Labor Board that it -- the memo or the letter that
 2    the Chief sent me would be reduced to just strictly
 3    informational or instructional purposes or something
 4    to that effect.
 5         Q    Let me show you Exhibit 27.  Is that the
 6    letter you're referring to?
 7         A    Correct.  Instructional letter.
 8         Q    That's the letter dated February 2, 2001?
 9         A    Correct.
10         Q    All right.  So that was the end of it?  Is
11    that the end of your grievance?
12         A    Yes.
13         Q    And you were satisfied with that
14    resolution?
15         A    Personally, my own opinion, not really, but
16    I didn't -- being there in a grievance hearing, it
17    seemed to be the only agreement we could come to,
18    so --.
19         Q    All right.  And you signed off on that?
20         A    Yes.
21         Q    Okay.  Now, I think I asked you the last
22    time, that you never, with the exception of this
23    grievance that you just referred to, you didn't file
24    any grievance in relation, or grievances in relation
```

POST REPORTING SERVICE
Hamden, Connecticut   (800)262-4102