HONORABLE M. R. Kravitz    (cvmphrg (January 10, 2002))

DEPUTY CLERK K. Ghilardi    RPTR/ERO/TAPE Thea

TOTAL TIME: ___ hours 35 minutes

DATE Jan 23, 2004    START TIME 2:40pm    END TIME 3:15pm

LUNCH RECESS FROM _____ TO _____

Hepburn    RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:02 CV 1252 MRK

§
§    Christy Doyle
§    Plaintiff's Counsel
- vs. -    §    ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§    Edward M. Sheehy
City of Torrington et al    §    Martha Anne Shaw
                                  Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing          ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION**
**DOCUMENT NO.**

☑ .... #27    Motion Def. Sum. Judgment         ☐ granted ☐ denied ☑ advisement
☑ .... #30    Motion Def. Sum. Judgment         ☐ granted ☐ denied ☑ advisement
☑ .... #41    Motion To Strike Evidence         ☐ granted ☑ denied ☐ advisement
☐ .... #___   Motion _____            ☐ granted ☐ denied ☐ advisement
☐ .... #___   Motion _____            ☐ granted ☐ denied ☐ advisement
☐ .... #___   Motion _____            ☐ granted ☐ denied ☐ advisement
☐ .... #___   Motion _____            ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....        Oral Motion _____        ☐ granted ☐ denied ☐ advisement
☐ ....        ☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐ ....        _____                                    ☐ filed ☐ docketed
☐             _____ Hearing continued until _____ at _____