UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE HEPURN | : |
| VS. | : NO. 3:02CV1252(MRK) |
| CITY OF TORRINGTON, ET AL. | : JANUARY 23, 2004 |

# A P P E A R A N C E

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiff,

Lawrence Hepburn.

                                                                          Christy H. Doyle
                                                                      Williams and Pattis, LLC
                                                                      51 Elm Street, Suite 409
                                                                      New Haven, CT 06510
                                                                      (203) 562-9931
                                                                      FAX: (203) 776-9494
                                                                      Federal Bar No. ct23458
                                                                      His Attorney

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on January 23, 2004, to the following counsel of record:

Attorney Thomas R. Gerarde
Attorney John J. Radshaw, III
Attorney Martha Anne Shaw
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorney Edward M. Sheehy
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT 06611-0753

Attorney Albert G. Vasko
140 Main Street
Torrington, CT 06790

_____
Christy H. Doyle