UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAWRENCE HEPBURN | : |
| PLAINTIFF | : |
| VS. | : NO. 302CV01252(MRK) |
| CITY OF TORRINGTON<br>MARQUAM JOHNSON<br>BOARD OF PUBLIC SAFETY OF THE<br>  CITY OF TORRINGTON<br>MARY JANE GRYNIUK and<br>THOMAS GRITT | : JANUARY 26, 2004 |
| DEFENDANTS | : |

### SUPPLEMENTAL MEMORANDUM OF LAW OF THE DEFENDANTS CITY OF TORRINGTON, MARQUAM JOHNSON, BOARD OF PUBLIC SAFETY OF THE CITY OF TORRINGTON, MARY JANE GRYNIUK AND THOMAS GRITT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to the request of the Court at oral argument on the above mentioned defendants' Motion for Summary Judgment on January 23, 2004, the undersigned represents that the defendant, Marquam Johnson, was suspended with pay from his employ as chief of the Torrington Fire Department from June 15, 2000 to February 20,

- 2 -

2001 when he terminated his employment. See letter of Thomas Gritt dated January 26, 2004, Personnel Director of the City of Torrington, attached hereto as Exhibit A.

The four specific instances of sexually abusive conduct alleged by the plaintiff occurred on July 15, 1998 (switching of video tape), mid-summer 1999 (Johnson's alleged statement that the plaintiff was "licking [Gryniuk's] snatch), August 25, 1999 (hand jester simulating male urination), and September 13, 1999 (word "bitch" on chalkboard) (Paragraph 40 of these defendants' Amended Local Rule 56(a)(1) Statement dated October 30, 2003) are all time barred under both Federal and State laws since they are alleged to have occurred prior to September 22, 2000 which is more than 300 days prior to the plaintiff's filing of his claim with the Connecticut Commission on Human Rights and Opportunities on July 18, 2001. The plaintiff has failed to provide evidence of any discrete instance of sexually abusive conduct on the part of Johnson subsequent to September 22, 2000 so as to invoke the continuing violation doctrine.

- 3 -

```
                              THE DEFENDANTS
                              CITY OF TORRINGTON
                              MARQUAM JOHNSON
                              BOARD OF PUBLIC SAFETY OF THE
                                  CITY OF TORRINGTON
                              MARY JANE GRYNIUK and
                              THOMAS GRITT


                           BY _____
                              EDWARD MAUM SHEEHY
                              Williams, Cooney & Sheehy, LLP
                              799 Silver Lane
                              Trumbull, CT  06611-0753
                              Fed. Bar # ct 04212
                              Telephone:380-1741
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel and pro se parties of record.

John R. Williams, Esq.
Christy H. Doyle, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

_____
EDWARD MAUM SHEEHY

# City Of Torrington



PERSONNEL DEPARTMENT
(860) 489-2394

140 Main Street
Torrington, CT 06790-5245
Fax: (860) 489-2381

January 26, 2004

Attorney Ed Sheehy
799 Silver Lane
Trumbull, CT 06610

Dear Mr. Sheehy, This letter is in response to your request for information. Please be advised that Fire Chief Marquam Johnson was suspended, with pay, by the City of Torrington's Board of Public Safety from 6/15/00 to 2/20/01. Mr. Johnson subsequently terminated his employment. Please contact me at 860-489-2210 if I can be of further assistance.

Sincerely,

Thomas Gritt
Personnel Director
City of Torrington

**EXHIBIT A**