UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE HEPBURN | : | |
| VS. | : | 3:02CV01252(MRK) |
| CITY OF TORRINGTON, ET AL | : | JULY 27, 2004 |

**MOTION FOR PERMISSION TO WITHDRAW**

The undersigned respectfully requests permission to withdraw from the above- captioned complaint.  In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

Respectfully submitted,

 /s/ Christy H. Doyle
Christy H. Doyle
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361
FAX: 860-249-7665
Federal Bar No. ct23458
His Attorney

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave
Hartford, CT 06114

                                            _____
                                            Christy H. Doyle