# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE HEPBURN | : | |
| | : | NO. 3:02CV1252 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, MARQUAM | : | |
| JOHNSON, THE BOARD OF PUBLIC | : | |
| SAFETY OF THE CITY OF | : | |
| TORRINGTON, MARY JANE GRYNIUK | : | |
| AND THOMAS GRITT | : | |

## <u>JUDGMENT</u>

This matter came on for consideration on defendants Motions for Summary

Judgment before the Honorable Mark R. Kravitz, United States District Judge.  The

Court has reviewed all of the papers filed in conjunction with the motion and on August

4, 2004, entered a Ruling on the defendant's Motion for Summary Judgment granting

the relief.

It is therefore ORDERED and ADJUDGED that  judgment is entered for the

defendant's and the case is closed.

Dated at New Haven, Connecticut, this 24th day of August, 2004.

KEVIN F.  ROWE, CLERK
By
  /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD: _____