UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE HEPBURN | : | NO.:  3:02CV01252 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF TORRINGTON, MARQUAM | : | |
| JOHNSON, THE BOARD OF PUBLIC | : | |
| SAFETY OF THE CITY OF | : | |
| TORRINGTON, MARY JANE GRYNIUK | : | |
| AND THOMAS GRITT | : | September 23, 2004 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, City of Bristol, hereby submit its

bill of costs in the above-captioned case.  The Court entered judgment for the

defendants on August 24, 2004, following a summary judgment ruling in favor of the

defendants.  The judgment became final due to the expiration of the appeal period, as

defined by Fed.R.App.P. Rule 4, on September 23, 2004.  This bill of costs is filed

within ten (10) days of such expiration.  A verification pursuant to 28 U.S.C. §1924 is

attached hereto as **Exhibit A**.

A.      Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit B**)

          1.      Deposition transcript of Lawrence Hepburn ($247.50 original & 1 copy + $8.00 shipping & handling + $15.33 tax)  =  $ 270.83

                                             Total      $270.83

B.   Fee for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii) **(Exhibit C)**

    1.   Copies of exhibits appended to successful Motion for Summary Judgment

        (a) September 30, 2003
            1,746 pages @ .15 = $261.90
            84 exhibit tabs @ .25 = $21.00
            Drilling 2 holes on 2,135 pages @ .01 = $21.35
            Acco Fastener 7 @ 1.50 = $10.50
            Taxes = $18.89

                                Total:    $333.64

**TOTAL FEES REQUESTED:**     **$604.47**

                       DEFENDANT,
                       MARQUAM JOHNSON

                       By _Martha Shaw_
                       Martha A. Shaw [ct12855]
                       Howd & Ludorf
                       65 Wethersfield Avenue
                       Hartford, CT  06114
                       Phone:  (860) 249-1361
                       Fax:  (860) 249-7665
                       E-Mail:  mshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via regular U.S. Mail to the following counsel of record this 22nd day of September, 2004.


John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Edward Maum Sheehy, Esquire
Williams, Cooney & Sheehy, LLP
799 Silver Lane
Trumbull, CT  04212

Albert G. Vasko, Esquire
140 Main Street
Torrington, CT  06790


Martha A. Shaw
Martha A. Shaw

*— A —*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAWRENCE HEPBURN : NO.: 3:02CV01252 (MRK)
 :
v. :
 :
CITY OF TORRINGTON, MARQUAM :
JOHNSON, THE BOARD OF PUBLIC :
SAFETY OF THE CITY OF :
TORRINGTON, MARY JANE GRYNIUK :
AND THOMAS GRITT

## VERIFICATION OF MARTHA A. SHAW

I, Martha A. Shaw, being duly sworn, depose and say:

1. I am over eighteen (18) years of age and I believe in the obligation of an oath;

2. I represented the defendant, MARQUAM JOHNSON, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by MARQUAM JOHNSON in defending this case; and

3. The items in the defendant's Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Hartford, Connecticut, this 22nd day of September, 2004.

Page 1 of 2

Martha A. Shaw

STATE OF CONNECTICUT )
                     ) ss: Hartford
COUNTY OF HARTFORD   )

Subscribed and sworn to before me this _22_ day of September, 2004.

Commissioner of the Superior Court

# POST REPORTING SERVICE, INC.

**VERBATIM REPORTING SINCE 1938**

**2015 DIXWELL AVENUE • HAMDEN, CT 06514**

HAMDEN
(203) 281-1961
TOLL FREE IN U.S.A.
1-800-262-4102
FAX
(203) 281-5455

EMPLOYER I.D. NO.
06-1055590

– β –

| STATEMENT DATE |
|---|
| 07/28/2003 |
| INVOICE NUMBER |
| 64070 |

Martha A. Shaw, Attorney
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT   06114

PLEASE REFERENCE THIS INVOICE NUMBER
WHEN REMITTING

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| 07/16/03 | Lawrence Hepburn vs. City of Torrington<br>Continued deposition of Lawrence Hepburn | |
| | Attendance: | 0.00 |
| | TRANSCRIPT:   1  Copies    110  Pages | 247.50 |
| | Postage & Handling | 8.00 |
| | Connecticut State Sales Tax | 15.33 |
| | One copy, condensed copy and ASCII disk enclosed. | |
| | **TOTAL** | 270.83 |

CL _____   DATE 6256
CODE _____   CK 6256
TR 19571   T/B _____

*OK to pay
MAS 8/1/03
38-10094
Hepburn v. Johnson*

**PLEASE REMIT PAYMENT WITH COPY OF INVOICE.**

| TOTAL BALANCE DUE | 270.83 |
|---|---|

# IKON Office Solutions™

## Document Services

Phone:(860) 278-1555     Fax:(860) 278-6612
Federal ID #:230334400

*– C –*

**INVOICE**    Page    1

| Invoice # | HAR065570 |
|---|---|
| Invoice Date | 10/01/2003 |
| Due Date | 10/11/2003 |
| Customer # | HAR-HOW6 |
| Order # | 03090528 |

**TERMS: Net 10 Days**

SOLD TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

SHIP TO:
HOWD & LUDORF
65 WETHERSFIELD AVE
HARTFORD,CT 06114

*Hepburn v. Johnson*

| Order Date | Ordered By | Reference / Case # | Account Manager |
|---|---|---|---|
| 09/30/2003 | MARTHA SHAW | 38-10094 | STEVE PASSARO |
| Reference 2 | HEPBURN V TORRINGTON (MSJ) | Reference 3 | |

| | Description | Quantity | Unit Price | Extension |
|---|---|---|---|---|
| 566 | C Litigation Copy | 1746 | 0.150 | 261.90 |
| 608 | Drilling - 2 HP/3 HP (per page) | 2135 | 0.010 | 21.35 |
| 635 | Tabs Sold | 84 | 0.250 | 21.00 |
| 1011 | Acco Fastener Only - 2" | 7 | 1.500 | 10.50 |

*20219*

Thank You for Using IKON Document Services

### PLEASE PAY FROM THIS INVOICE

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE DESCRIBED WORK HAS BEEN
AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN
10 DAYS. ALL INVOICES ARE DUE UPON RECEIPT. INTEREST AT THE RATE OF THE LESSER 1.5%
PER MONTH OR THE MAXIMUM LEGAL RATE WILL BE CHARGED ON INVOICES NOT PAID IN 10 DAYS.
CUSTOMER AGREES TO PAY LEGAL FEES INCURRED IN THE COLLECTION OF PAST DUE ACCOUNTS.

| Taxable Sales: | 314.75 |
|---|---|
| Sales Tax: | 18.89 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT:** | **333.64** |

Received and approved by: _____    Date: _____