UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
.....................................
                                     :
LAWRENCE HEPBURN                     :
                                     :
        PLAINTIFF                    :
                                     :
VS.                                  :    NO. 302CV01252(MRK)
                                     :
                                     :
CITY OF TORRINGTON                   :    SEPTEMBER 29, 2004
MARQUAM JOHNSON                      :
BOARD OF PUBLIC SAFETY OF THE        :
  CITY OF TORRINGTON                 :
MARY JANE GRYNIUK and                :
THOMAS GRITT                         :
                                     :
        DEFENDANTS                   :
.....................................:
```

## BILL OF COSTS

     Pursuant to Local Rule 54(a), the defendants, Marquam Johnson, Board of Public Safety of the City of Torrington, Mary Jane Gryniuk, and Thomas Gritt hereby submit their bill of costs in the above entitled matter. The Court entered judgment for the defendants on August 24, 2004 following a summary judgment ruling in favor of the defendants. The judgment became final due to the expiration of the appeal period, as defined by Fed. R.App.P.Rule 4, on September 23, 2004. This bill of costs is filed within ten (10)

- 2 -

days of such expiration. A verification pursuant to 28 U.S.C.

§ 1924 is attached hereto as Exhibit A.

A. Fees of the Court Reporter-D.Conn.L.Civ.R.54(c)2(ii)(Exhibit B)

    1.    Deposition transcripts of the
plaintiff Lawrence Hepburn
Invoice No. 63098 7/1/03     $ 1,073.00

        Invoice No. 63908 7/28/03 for
continued deposition of Lawrence
Hepburn on 7/16/03     $   478.00

TOTAL FEES REQUESTED:     $ 1,551.00

    THE DEFENDANTS
    CITY OF TORRINGTON
    MARQUAM JOHNSON
    BOARD OF PUBLIC SAFETY OF THE
        CITY OF TORRINGTON
    MARY JANE GRYNIUK and
    THOMAS GRITT

BY_____
  EDWARD MAUM SHEEHY
  Williams, Cooney & Sheehy, LLP
  799 Silver Lane
  Trumbull, CT  06611-0753
  Fed. Bar # ct 04212
  Telephone:203-380-1741

- 3 -

**CERTIFICATION**

 This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to all counsel and pro se parties of record.

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

John J. Radshaw, III, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

             _____
             EDWARD MAUM SHEEHY