**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
.................................
                                  :
LAWRENCE HEPBURN                  :
                                  :
        PLAINTIFF                 :
                                  :
VS.                               :    NO. 302CV01252(MRK)
                                  :
                                  :
CITY OF TORRINGTON                :    SEPTEMBER 29, 2004
MARQUAM JOHNSON                   :
BOARD OF PUBLIC SAFETY OF THE     :
  CITY OF TORRINGTON              :
MARY JANE GRYNIUK and             :
THOMAS GRITT                      :
                                  :
        DEFENDANTS                :
.................................:
```

<u>**VERIFICATION OF EDWARD MAUM SHEEHY**</u>

I, Edward Maum Sheehy, being duly sworn, depose and say:

1.    I am over eighteen (18) years of age and I believe in the obligation of an oath;

2.    I represented the defendants, MARQUAM JOHNSON, BOARD OF PUBLIC SAFETY OF THE CITY OF TORRINGTON, MARY JANE GRYNIUK AND THOMAS GRITT, in the above entitled matter and have knowledge of the facts of the case and the costs incurred by the aforementioned defendants in defending

**- 2 -**

this case; and

3.    The items in the defendants' Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

Dated at Trumbull, CT, this    day of September, 2004.


_____     Edward Maum Sheehy


STATE OF CONNECTICUT )
                     )  ss: Trumbull
COUNTY OF HARTFORD   )

    Subscribed and sworn to before me this    day of September, 2004.


_____     Commissioner of Superior Court