# POST REPORTING SERVICE, INC.
VERBATIM REPORTING SINCE 1938

**2015 DIXWELL AVENUE • HAMDEN, CT 06514**

HAMDEN
(203) 281-1961
TOLL FREE IN U.S.A.
1-800-262-4102
FAX
(203) 281-5455

EMPLOYER I.D. NO.
06-1055590

| STATEMENT DATE |
| --- |
| 07/28/2003 |

| INVOICE NUMBER |
| --- |
| 63909 |

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

Edward Maum Sheehy, Esq.
Williams, Cooney & Sheehy
799 Silver Lane
Trumbull, CT   06611

| DATE TAKEN | REFERENCE | CHARGES |
| --- | --- | --- |
| 07/16/03 | Lawrence Hepburn vs. City of Torrington<br>Continued deposition of Lawrence Hepburn<br><br>Attendance:<br><br>TRANSCRIPT:   2  Copies    110  Pages<br>Jurat Charge<br>Postage & Handling<br><br><br><br>Original to Mr. Sheehy after signing; one copy enclosed. | <br><br><br>75.00<br><br>385.00<br>10.00<br>8.00 |

**TOTAL** 478.00

**PLEASE REMIT PAYMENT WITH COPY OF INVOICE.**

**TOTAL BALANCE DUE** 478.00