UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE HEPBURN | : | |
| | : | |
| VS. | : | NO. 3:02CV1252 (MRK) |
| | : | |
| CITY OF TORRINGTON, | : | |
| MARQUAM JOHNSON, | : | |
| BOARD OF PUBLIC SAFETY OF THE | : | |
| CITY OF TORRINGTON, | : | |
| MARY JANE GRYNIUK and | : | OCTOBER 2, 2004 |
| THOMAS GRITT | : | |

## **OBJECTION TO BILL OF COSTS**

Under date of September 29, 2004, the defendants submitted a bill of costs in the total amount of $1,551.00. The plaintiff objects thereto on the following grounds:

1. There is no showing that the full transcripts for which payment is requested were used in any court submission in this matter.

2. There is no basis for paying for two copies of each transcript, as requested.

3. There is no authority for paying the court reporter's "attendance fee" in addition to the fee for the transcripts, as requested.

THE PLAINTIFF

BY_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street, Suite 409
        New Haven, CT 06510
        (203)562-9931
        Fax: (203) 776-9494
        E-Mail: jrw@johnrwilliams.com
        His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to John J. Radshaw, III, Esq., Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114; and Edward Maum Sheehy, Esq., at Williams, Cooney & Sheehy, LLP, 799 Silver Lane, Trumbull, CT 04212.

_____
JOHN R. WILLIAMS