UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAWRENCE HEPBURN

VS.                                          CIVIL 3:02CV1252(MRK)

CITY OF TORRINGTON, ET AL

RULING ON DEFENDANTS' BILLS OF COSTS

Judgment entered for the defendants on August 24, 2004, after a ruling entered granting defendants' motions for summary judgment. Defendant Marquam Johnson filed a Bill of Costs on September 24, 2004. Defendants City of Torrington, Marquam Johnson, Board of Public Safety of the City of Torrington, Mary Jane Gryniuk and Thomas Gritt filed a Bill of Costs on September 30, 2004. Plaintiff filed an objection on October 4, 2004. For the reasons stated below, the defendants' bills of costs are granted in part and denied in part.

A.  <u>FEES FOR COURT REPORTER</u>: Defendants are entitled to costs for an original and one copy of a transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, <u>Wahl v Carrier Mfg. Co., Inc.</u> 511 F.2d 209, 217 (7th Cir.,1975). Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment, or in support

1

of a successful motion for summary judgment pursuant to Local Rule 54(c)2(ii).

Defendant Marquam Johnson submitted a claim for the deposition transcript of the plaintiff, Lawrence Hepburn, held on July 16, 2003, in the amount of $270.83. This claim is reduced to $262.83, eliminating the charge for postage and handling.

Defendants City of Torrington, Marquam Johnson, Board of Public Safety of the City of Torrington, Mary Jane Gryniuk and Thomas Gritt submitted claims for the deposition transcripts of the plaintiff, Lawrence Hepburn, held on May 27, 2003, and July 16, 2003, in the amounts of $1,073.00 and 478.00, respectively. These claims are reduced to $1,055.00 and $460.00, respectively, eliminating the charges for postage and handling.

B. <u>FEES FOR EXEMPLIFICATION AND COPIES</u>: Defendant Marquam Johnson submitted a claim for copies of exhibits appended to successful Motion for Summary Judgment in the amount of $333.64. This claim is reduced to $280.79, eliminating the charges for exhibit tabs, drilling and acco fasteners.

C. <u>SUMMARY</u>:     For the reasons previously stated, the defendants' bills of costs are allowed as follows:

<u>DEFENDANT MARQUAM JOHNSON</u>

FEES FOR COURT REPORTER          $ 262.83

FEES FOR EXEMPLIFICATION           280.79

TOTAL                            $ 543.62

<u>DEFENDANTS CITY OF TORRINGTON, MARQUAM JOHNSON, BOARD OF PUBLIC SAFETY OF THE CITY OF TORRINGTON, MARY JANE GRYNIUK AND THOMAS GRITT</u>

FEES FOR COURT REPORTER          $1515.00

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated in New Haven, Connecticut, this 13th day of October, 2004.

KEVIN F. ROWE, CLERK

BY:

Lori Inferrera
Deputy-in-Charge