UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAWRENCE HEPBURN | : | NO.: 3:02CV01252 (MRK) |
| v. | : | |
| CITY OF TORRINGTON, MARQUAM JOHNSON, THE BOARD OF PUBLIC SAFETY OF THE CITY OF TORRINGTON, MARY JANE GRYNIUK AND THOMAS GRITT | : | OCTOBER 12, 2004 |

## MEMORANDUM IN SUPPORT OF DEFENDANT'S BILL OF COSTS

The defendant, Marquam Johnson, hereby submits this memorandum in support of his bill of costs dated September 23, 2004. The plaintiff objected to the bill of costs on several grounds, each of which is addressed below.

First, the plaintiff argues that the defendant failed to show that the plaintiff's deposition transcripts were used in the presentation of the defense's case. The defendant disagrees. The defendant submitted a verification from the undersigned indicated that the items in the defendant's bill of costs were necessarily incurred in this case. Portions of both deposition transcripts were attached as exhibits to the defendant's motion for summary judgment. Said motion, and exhibits, are part of the record.

Second, the plaintiff objects to the defendant's bill of costs for both the original and one copy of the deposition transcripts. Pursuant to Local Rule 54(c)(2)(ii), costs for both an original and one copy of deposition transcripts are recoverable as costs if used in support of a successful motion for summary judgment or are necessarily obtained for the preparation of the case.

Third, the plaintiff objects to the defendant's request for costs for the court reporter's appearance fees. Again, the defendant is entitled to the same pursuant to Local Rule 54(c)(2)(ii).

WHEREFORE, the defendant, Marquam Johnson, requests that the Court award the defendant's bill of costs as requested.

DEFENDANT,
MARQUAM JOHNSON

By_____
Martha A. Shaw [ct12855]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 249-1361
Fax: (860) 249-7665
E-Mail: mshaw@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via regular U.S. Mail to the following counsel of record this 12th day of October, 2004.

John R. Williams, Esquire
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

Edward Maum Sheehy, Esquire
Williams, Cooney & Sheehy, LLP
799 Silver Lane
Trumbull, CT  04212

Albert G. Vasko, Esquire
140 Main Street
Torrington, CT  06790

                                                                                          Martha A. Shaw